EDWARD G. McWILLIAMS, Respondent, *v.* SUSIE MULGREW, Appellant.

Supreme Court, Appellate Term, Second Department, October 15, 1953.

*Joseph A. Tracy* for appellant.

*Paul Millman* for respondent.

Judgment affirmed, with $25 costs.

Concur: WALSH, COLDEN and MURPHY, JJ.